## PEOPLE v. MILLER.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

DISORDERLY HOUSE—MODIFICATION OF SENTENCE.

Where a defendant is convicted of keeping a disorderly house, and it does not appear that defendant had personal knowledge of any disorderly conduct in her house, and she denies that she has any such knowledge, a judgment of conviction will be modified by changing the sentence from imprisonment to a pecuniary fine.

Appeal from court of general sessions, Orange county.

Jane Louisa Miller was convicted of keeping a disorderly house, and from a judgment of conviction, adjudging that defendant be confined in the Albany county penitentiary for the term of six months at hard labor, defendant appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*William Vanamee,* (*W. F. O'Neill,* of counsel,) for appellant. *T. A. Read,* for the People.

DYKMAN, J. The evidence was sufficient to sustain the conviction, but, as the testimony failed to show actual personal knowledge of the defendant of the disorderly conduct in her house, and as she denied such personal knowledge, we think the law will be sufficiently vindicated if the punishment is changed from imprisonment to a pecuniary fine. The judgment is therefore modified by changing the sentence from imprisonment to a fine of $25. All concur.